UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BERNARD UNNERSTALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:12cv1370 SNLJ/DDN |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Having received no objections thereto,

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge David D. Noce, filed October 15, 2013 (#13), be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the defendant's Motion to Dismiss is **GRANTED.**

**IT IS FINALLY ORDERED** that the plaintiff's Social Security Complaint is **DISMISSED**.

Dated this  16th  day of December, 2013.

_____
UNITED STATES DISTRICT JUDGE